## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08CIV.1650                                    Purchased/Filed: February 19, 2008

STATE OF NEW YORK          UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT

---

*Trustees Of The United Wire Metal And Machine Health & Welfare Fund, et al*          Plaintiff

against

*Citipost Corporation*          Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ Jessica Miller _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ February 26, 2008 _____ , at _2:00pm_ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons In A Civil Action

on

_____ Citipost Corporation _____ , the

Defendant in this action, by delivering to and leaving with _____ Donna Christie _____ .

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section _306 Business Corporation Law_ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served: Approx. Age: __38__     Approx. Wt: __145__     Approx. Ht: __5'5"__

Color of skin: __White__     Hair color: __Blonde__     Sex: __F__     Other: _____

Sworn to before me on this

_28th_ day of _____ February, 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01T14898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0801917

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*