MAR-06-2008  17:44



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TRUSTEES OF THE UNITED WIRE METAL AND
MACHINE HEALTH & WELFARE FUND and
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS LOCAL 810,

                Plaintiffs,

-and-

CITIPOST CORPORATION,

                Defendant.
-------------------------------------------------------------x

Index No.: 08 Civ. 1650 (AKH)

**VOLUNTARY NOTICE
OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) Plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action without prejudice.

Dated: February 27, 2007
       Elmsford, New York

                              By: _____
                              Karin Arrospide, Esq. (KA9319)
                              Attorney for Plaintiffs
                              BARNES, IACCARINO, VIRGINIA,
                              AMBINDER & SHEPHERD, PLLC
                              258 Saw Mill River Road
                              Elmsford, New York 10523
                              (914) 592-1515

SO ORDERED 3/17/08

_____
Honorable Alvin K. Hellerstein, U.S.D.J.